ORIGINAL

1  **MICHAEL THOMAS, State Bar NO. 41597**
   **MAUREEN F. THOMAS, State Bar No. 105194**
2  THOMAS AND THOMAS, LLP
   425 W. Broadway, Suite 213
3  Glendale, CA 91204
   (818) 500-4800
4  Fax: (818) 500-4822
   mt@thomaslegal.com
5  mft@thomaslegal.com



FILED
CLERK, U.S. DISTRICT COURT
JUN - 7 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

7  Attorneys for Defendant,
   CHRISTO CENDERELLI

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN SAUNDERS,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES,<br>et al.,<br><br>  Defendants. | Case No.: 11cv2944 SVW (JEMx)<br><br>**JUDGMENT**<br><br>JS-6 |

  This action went for trial on May 15, 2012, in Department 6 of the above-entitled court, before the Honorable Stephen V. Wilson, Judge Presiding. The Plaintiff, IAN SAUNDERS, an Individual, appeared by and through his Counsel, Humberto Guizar, Esq., of the Law Offices of Humberto Guizar. Defendant, CHRISTO CENDERELLI, appeared by and through his counsel, Michael Thomas, Esq. and Maureen Thomas, Esq., of the Law Firm of Thomas and Thomas, LLP.

  A jury of eight persons was regularly impaneled and sworn in on May 15, 2012. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court, requested to return a General Verdict, and the case was submitted to the jury on May 16, 2012. The jury deliberated and thereafter returned

to court on the same day, with its verdict as follows:

"1. Do you find that Plaintiff proved by a preponderance of the evidence that Defendant violated his civil rights by using excessive force against him?

Yes ___                    No **X**

If your answer to Question #1 is Yes, answer Question #2. Otherwise, skip Question #2 and sign and date this form below.

2. ...

3. ...

4. ...

Date: __5/16/12__                    SIGNED: [REDACTED] "

It appearing by reason of said foregoing Verdict that:

Defendant, CHRISTO CENDERELLI, an Individual, is entitled to a verdict against Plaintiff, Ian Saunders, an Individual.

Therefore, it is ordered, adjudged, and decreed that Plaintiff, IAN SAUNDERS, have and recover nothing by reason of his Complaint against Defendant, CHRISTO CENDERELLI, and that judgment be entered in favor of said Defendant, and that Defendant, CHRISTO CENDERELLI, have and recover from Plaintiff costs and disbursements in the amount as per Defendant's memorandums of costs yet to be filed, less any amount taxed thereon.

Dated: 6/7/12

HON. STEPHEN V. WILSON
DISTRICT COURT JUDGE